# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN L. THOMASON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01013-AWI-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before April 22, 2017; and
2. The deadlines in the July 15, 2016 scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **March 16, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1