# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN L. THOMASON, | Case No. 1:16-cv-01013-AWI-SAB |
| Plaintiff, | ORDER RE SECOND STIPULATION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | (ECF No. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 20, 2017, Plaintiff filed a second stipulation to extend time to file an opening brief and a proposed order. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before May 24, 2017;
2. Defendant's response to Plaintiff's opening brief shall be filed on or before June 23, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before July 10, 2017.

IT IS SO ORDERED.

Dated: **April 21, 2017**

UNITED STATES MAGISTRATE JUDGE

1